UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )    CR F-03-5399 OWW
                             )
     v.                      )
                             )    ORDER DISMISSING INDICTMENT
CARLOS BALAS-RAMIREZ,        )
                             )
            Defendant        )
_____)
```

Upon motion of the United States, the Indictment as to Carlos Balas-Ramirez is ordered dismissed.

Dated: August 15, 2005                /s/ OLIVER W. WANGER
                                      _____
                                      OLIVER W. WANGER
                                      United States District Judge

1